WINSTON WELCOME *v.* ANDREW LEE ET AL.
(AC 33562)

Bear, Espinosa and Pellegrino, Js.

Argued February 7—officially released March 13, 2012

Per Curiam. The judgment is affirmed.

TAYLOR, BEAN AND WHITAKER MORTGAGE
CORPORATION *v.* DAHILL ANTHONY
DONOFRIO ET AL.
(AC 33599)

Alvord, Sheldon and Peters, Js.

Argued March 5—officially released March 20, 2012

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new law day.

INDYMAC FEDERAL BANK, FSB *v.* BARBARA
TRUDEAU
(AC 33205)

Robinson, Alvord and Flynn, Js.

Argued March 6—officially released March 20, 2012

Per Curiam. The judgment is affirmed.